IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PENGLAI JINFU STAINLESS STEEL     :
PRODUCTS CO., LTD.     :
    :     CIVIL ACTION
       v.     :
    :     NO. 16-0552
GEEMACHER, LLC     :

**O R D E R**

     **AND NOW**, this ___17th___ day of ___February___, 2016, upon consideration of Plaintiff's Emergency Motion For A Temporary Restraining Order And Preliminary Injunction (ECF No. 3), all papers and exhibits submitted in support thereof and in opposition thereto, and after hearing in open court, it is **ORDERED** that Plaintiff's Emergency Motion For A Temporary Restraining Order And Preliminary Injunction (ECF No. 3) is **DENIED**.

       **IT IS SO ORDERED.**

           **BY THE COURT:**

           _____
           **R. BARCLAY SURRICK, J.**